UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVELINA CALCANO, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>DRYBAR HOLDINGS LLC<br><br>Defendant. | Case No.:<br>1:19-cv-11389-VEC<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff, EVELINA CALCANO, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED, and Defendant, DRYBAR HOLDINGS LLC, by and through their undersigned counsel, pursuant to FRCP 41(a)(1)(A)(ii) hereby stipulate to the dismissal *with prejudice* of the above-captioned action in its entirety, with each party to bear its own fees, costs and expenses.

Dated: Melville, NY
       June 5, 2020

| LAW OFFICE OF DARRYN G. SOLOTOFF, PLLC | SEYFARTH SHAW LLP |
|---|---|
| By: [signature] | By: [signature] |
| Darryn Solotoff, Esq.<br>*Attorney for Plaintiff*<br>25 Melville Park Road, Suite 108<br>Melville, New York 11747<br>Tel: 516.695.0052<br>ds@lawsolo.net | John William Egan, Esq.<br>*Attorney for Defendant*<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>Tel: 212.218.5500<br>JEgan@seyfarth.com |